Prob 19A (EDNY)
(2/01)

# United States District Court
## for the
## Eastern District of New York

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 06 2011 ★
BROOKLYN OFFICE

U.S.A. vs William Vasquez

Docket No. 91-CR-484-02    ERK

| SUMMONS FOR PROBATIONER/SUPERVISED RELEASE TO APPEAR |||||
|---|---|---|---|---|
| You are hereby commanded to appear before the United States District Court for the Eastern District of New York to answer charges that you have violated the conditions of supervision imposed by the court. |||||
| NAME OF SUBJECT<br>William Vasquez || SEX<br>Male | RACE<br>White | AGE<br>54 |
| ADDRESS(STREET, CITY, STATE)<br>24 Humboldt Street #13A   Brooklyn, NY |||||
| SENTENCE IMPOSED BY<br>The Honorable Edward R. Korman, U.S. District Court Judge  (Sentenced by former USDJ Eugene Nickerson) |||| DATE IMPOSED<br>April 16, 1992 |
| DATE, TIME AND PLACE TO APPEAR:<br>July 8, 2011     11:30 AM<br>U.S. District Court-   Eastern District of New York<br>225 Cadman Plaza Brooklyn, NY 11201 |||||
| ROBERT C. HEINEMANN<br>CLERK    (Deputy Clerk signature) |||| DATE<br>July 5, 2011 |

| RETURN |||
|---|---|---|
| DATE RECEIVED | DATE SERVED | METHOD OF SERVICE<br>1. ( X ) Copy of summons given to offender in person<br><br>2. (   ) Copy of summons mailed to offender's last know residence and leaving a copy at last know residence with some person of suitable age and discretion residing therein |
| 7-5-11 | 7-5-11 | |
| SERVICE BY:  (Enter you name, title and business address here)<br>Kathleen Slevin, Senior U.S. Probation Officer    147 Pierrepont St Brooklyn, NY 11201 |||
| Signature of USPO<br>*(signed)* | Date Returned to Clerk's Office<br>7-6-11 | Signature of Defendant<br>*(signed) W. Vasquez* |